**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**


Anthony Ekeh
_____

(Enter Above the Name of the Plaintiff in this Action)


                           VS.

Penske Truck Leasing Co. L.P. and others.
_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Clark County Municipal court, Milos Mitic, Toni, Ivan, Jermaine R-
_____

ocker, Elvis Rambanapas, Brandon Turner, Mallory Horton.
_____


_____

_____

**1:25CV437**

**J. BARRETT**

**M.J. BOWMAN**


**COMPLAINT**


I.   Parties to the action:

   Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
                the court may contact you and mail documents to you.  A telephone number is required.

                Anthony Ekeh
                _____

                Name - Full Name Please - PRINT

                2355 Fairview Avenue N
                _____

                Street Address

                Roseville, MN. 55113.
                _____

                City, State and Zip Code

                (952)-688-9693.
                _____

                Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1.  Penske Truck Leasing Co. L.P.
    _____
    Name - Full Name Please

    225 Riverfront Drive, Reading, PA. 19602.
    _____
    Address: Street, City, State and Zip Code

2.  Clark County Municipal Court.
    _____

    50 E Columbia Street, Springfield, OH. 45502.
    _____

3.  Milos Mitic.
    _____

    9132 W. 47th Street, Brookfield, IL. 60513.
    _____

4.  Jermaine Rocker.
    _____

    250 Fillmore Street, unit 150, Denver, CO. 80206.
    _____

5.  Brandon Turner.
    _____

    123 Lilian way, Crestview, FL. 32536.
    _____

6.  Mallory Horton.
    _____

    Hawthorne, CA. 90250.
    _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒  Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒  Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒  Title __42__ United States Code, Section __12101__
   [Other federal status giving the court subject matter jurisdiction.]

-2-

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

7. Elvis Rambanapas.
   218 Deptford Road Unit E, Glassboro, NJ. 08028.
8. Ivan.
   141 Hidden view drive, Westmont, IL. 60559.
9. Toni.
   681 Anne Lane, Bolingbrook, IL. 60440.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

## Fourth Amendment

Privacy Invasion, Because of a protected status e.g. color, national origin. Penske truck Leasing Cooperation L.P. invaded my privacy by sharing my rental unit contract information with the defendants, mainly Milos Mitic. Exposing my business activities to desperate criminal individuals, cooperations and law enforcement agencies that are not of my interest. Which eventually lead to an unlawful search and seizure and arrest in Springfield Ohio in July 2024 and ending my job.

## Title 18 Chapter 25, U.S.C. Section 1342. Ohio Revised Code Section 2913.31, Fictitious name or Address, Fraud and Intent to Defraud..

Forgery or Document manipulation, in solidarity with the defendants, Penske forged my rental contract document with the intent to end my work, deceive and help the defendants some of which are very important customers with the cooperation e.g. Milos (who may have devised this particular idea, following a similar one in Lansing IL earlier) to cause death. On 07/17/2024 they altered my information on the rental contract with unit 471058 VIN-5PVNJ-7AV8P5751080 and plate # 3263224 to someone else, named Mr. Williams instead of my name without my consent. Mainly because of the irritation my disability causes. While Elvis, Mallory and Babatunde specializes in monitoring my activities with owner operators and asking for my location and the trucks, in other to strategically force delinquency. Milos and the affected law enforcement from Pennsylvania and Ohio on the other hand devise mechanisms to provoke accidental death from the Police mainly using unlawful arrest,

## Title 42 U.S.C. Section 12101, Americans with Disabilities.

Disability Discrimination, In conspiracy, I have been treated with indignation and resentment based on a protected status and mainly a disability that causes loathe. They are acting in a prejudiced way through systematic interclass and associative harassment. They have since

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Created a hostile work environment, depriving me employment and a proper legal counsel,

using privacy enabling tactics and accesses to my activities through government institutions

like USDOT, SSA, IRS and NPRC that are associational and discriminatory.

**HIGHLIGHTS OF GROSS UNETHICAL MISCONDUCT**

Associative and inter-class discrimination.

Denial of proper counsel.

Surveillance abuse.

Illegal search and seizures or repossessions.

Physical Harassment.

Making false statement.

Money weaponization.

Prosecution Misconducts.

Justice Manipulation.

Escalating violence.

Debilitating injuries and infections.

Manipulating rental contract into delinquency.

Possibly, mainly Amy Yager, a USDOT officer from Illinois, acquainted to Milos Mitic. Have constantly been monitoring my USDOT account against progress. Humiliating me through unfair sarcasms, insults, and criticisms. In front of co-workers, management, customers and brokers. Sabotaging my work and making derogatory remarks. Usually through transportation monitoring websites like freight guard, DAT and Truck stop.

Quite possibly, trying to create a wrong DNA profile. Kansas State committed a criminal offense by collecting my saliva through a swab for DNA analysis, knowing I committed no crime.

Because they'd created a hostile environment doing business with Pro Carrier, USDOT-3974479. I secretly established a new USDOT, with number, 4300011 and DBA name HAUL. And telling no one and never conducting business with it. Like the case with Elvis, and then newly established USDOT, with number 3974479, and DBA name Pro Carrier, which I reported, but no action was taken, because they were involved. They collaborated and put me in detention in Kansas State. They illegally detained me until my then active USDOT with number, 3974479 was rendered inactive, a typical plan to weaponized money in preventing justice. This forced to me to be unemployed again. They then changed the DBA name of USDOT number, 4300011 to Pro Carrier, while I was still in detention. Hoping to confuse the public, in the event of my death, and investigations. I forcefully got out of detention, expectedly, I immediately saw this wicked thing and called FMCSA. And threatened to bring the misconduct to the notice of the public. Overheard the argument, they then quickly changed the USDOT number, 4300011 DBA name back to HAUL the following day. Because of a protected status. Mainly, a disability and its associative nature.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| <u>Case Number</u> | <u>Caption</u> | | |
|---|---|---|---|
| 1:23-CV-395 | Anthony Ekeh | vs. | Commonwealth of Pennsylvania |
| 1:24-CV-281 | Anthony Ekeh | vs. | Penske Truck Leasing and Others |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want to gain possession of the Penske Truck property that was involved in the above referenced case with the following vehicle information:

Unit No. 471058

VIN No. 5PVNJ7AV8P5T51080

Plate No. 3263224

I request that the court grant me twenty million dollars in damages. Owing to the high frequency in occurence.

An immediate replacement of a MC authority for a year.

An immediate restitution of $10,450, $1,500, $2000, and $1,500 of my money in possession with Elvis, Jermaine, Ivan, Toni and Brandon respectively and a court's injunction to stop Sabotage of employment, economy and proper legal counsel.

I state under penalty of perjury that the foregoing is true and correct. Executed on
this **20** day of **June**, 20 **25**.

_____
Signature of Plaintiff

-4-



**Court Statement**

Since I nailed Mallory Horton, Elvis Rambanapas and their very strategic, influential friends, in a fraud and murder case in Pennsylvania 2023. After much denial and resistance, they have Stopped at nothing in trying to get rid of me, in other to avoid prosecution through legal action. By weaponizing money, malicious prosecutions, illegal search and seizures of very confidential properties, unlawful detainment, surveillance abuse by the police, and them, among other associative and interclass harassment and provocative strategies. In a case-1:23-CV-395, judge Conner, shockingly dismissed without given me a lawsuit, despite the slew of evidence presented, but called it frivolous and malicious. Denying my civil rights to Justice, based on a protected characteristic. Mainly, disability, prejudice, color and national origin. And because of my association with his colleagues. This systematic unlawful judicial practice has since continued. While these societal menaces continue to close in on me because of the empowerment. Afraid of been located, Elvis has changed his companies name which used to be Ramsden Dispatch Solutions LLC, MC-1353241. elvisram@ramsdentrucks.com (203)-747-8662. And rendered it inactive. And formed alliance with Ivan, Toni, Milos Mitic, Jermaine Rocker and Brandon Turner. Of Sames logistics Inc- USDOT 3116254, MC 85414, Toni and Sons Transport Inc, USDOT 3636453, MC 1247900, MIT freight Inc, USDOT 3024000, MC 35872, Rocker Logistics Inc. USDOT 4134046, MC 1583619 and Freight Solutions Worldwide inc. USDOT 4153795, MC 1595079 respectively. In constantly illegally spying on my activities, for the same reason. And leaving me vulnerable and with little or no privacy. While working with Ivan and Toni, not too long ago, they disrespectfully repossessed their equipment that was due to be returned the next week. With my client's property in it. And has since refused to return it. Because I had recently quit earlier, from working with them. Citing discrepancies in payments and unethical practices. After I made promise to a local police officer by them PO, Perez, to return their equipment about a week later. This happened as I rested in a hotel in Kent, Washington. This made my MC authority inactive and rendered me redundant. This was deliberate and aimed at stopping me from working And also preventing my civil rights to attaining justice. Their provocative and condemnable actions span prior, and in Washington. I immediately alerted the nearby police department for a report. Ref: KPD, KP230080651. They refused but gave me an incident report instead. Not knowing their connection, I shortly started working with Milos, a compatriot of Ivan and Toni in Illinois, Following his ad. He is assuming, a valued customer of Penske truck Leasing Cooperation, and in trying to help prevent legal proceedings against Ivan and Toni, upon realizing my

ordeal with them. He stopped dispatching me and lied that the market was slow. Something I argued with, because load boards had otherwise. He hoped I would quit out of frustration, but I didn't. Realizing this, I then punished him by taking a few weeks off with his equipment, though alerted him, and in witness of another local police officer by him. For wasting my time. By not only visiting a clinic with his equipment, but also doing work with it, on my way back with Rocker Logistics authority. This angered him, and in revenge, he tried to stage a wrongful arrest, aimed at causing an accidental death, in the process. By intending on making a false statement. Ref: LPO, Slocum. 19.00 CST 4/5/24. That his equipment was missing while in my possession; I stole his equipment. When going off with the police, in protest of my innocence, upon arrest. By taking it, while it was parked by me, at a hotel in Lansing, Illinois. The night before it was due for return. Ref: witness, PO Perez, Brookfield Police department, Illinois. I asked him if he had taken his truck, he denied any knowledge till this day. And has refused to admit repossessing it. He would refrain after I threatened to involve the authorities. Though the Lansing Police department has not issued me an official police report, when I requested for one, which would confirm the incident. Because I knew their intentions, having failed, they would turn to Penske, Freight Solutions Worldwide, and Rocker Logistics for help. Asking Penske to horridly request an immediate return of their equipment and arrest me, if payment failed, after they made the account delinquent in Pennsylvania. Where Mallory and Elvis had earlier arrested me and tried to take my life with the help of deputy sheriff officer Smith N. Douglas, who is primarily responsible for the radiating violence caused by malicious prosecutions and prosecutional misconducts through the use of overboard warrants. A practice that has continued. Babatunde, a friend of Elvis also being a person of interest. I immediately acquired Penske's equipment, with unit number, 471058. From their Franklin Park location. Following Milos's malignant action and acrimonious severance. And stayed in the same Lansing hotel a few days more. Which he and they were aware of, and quite displeased. The Penske's Lansing location was quite near to the hotel. In the dark, when many were fast asleep, through my hotel windows, I saw some unique automobiles pull behind the equipment, I had quickly rented in place of Milos's. Where it was parked, and the number plate situated. I would imagine the equipment's information been taking at this time. And these informants have continued this illegal harassment practice, and violation of rights. Hence, radiating the problem with their unreasonable surveillance. Shortly after I left the location for CA. And was still current in payment on the unit, a representative from Penske at the Lansing location, near where I had just left, made a harassing call regarding payment. Baffled, I argued that I had just been on the unit and besides the unit was not from their location. And I would need a little time to get some more money. If he would excuse me. I also argued that it wasn't Saturday yet, when I was due. That day been Thursday. Then he could call back for payment. Though he insisted that I pay, because he wasn't comfortable with my

account history, he reluctantly let me. He didn't call on that Saturday. Milos told him to harass me, so I can return the truck immediately. Because they feared I would have a job and earn an income. This strategy of using money as a tool of warfare would continue. The following week when I called the Franklin Park location, to know the status of my account. A representative of the company told me that I was still current. And it would be good until the following Saturday. Not surprised, I thanked him and promised to call then for payment. I turned to Jermaine, of Rocker Logistics, and threatened to involve the nearby police department, if he refused to release my money in his possession. Because he knew it was meant for Penske's truck rental. And since I still had some of my gigs in the equipment, which would put their authority in jeopardy, since I made the bookings using their authority. With an agreement entitling them to 10% of every gig booked using their authority. He then reluctantly released a little less than a quarter of the $6000 booked from California. While stubbornly holding on to the rest, though he had been paid. As if I had done something bad to him. I quickly called Penske as promised and made payment. That got me current. And gave me a reprieve. Jermaine had been told to keep my money back so that I would be delinquent on the rental and arrested in Pennsylvania again. To justify their earlier false arrest In Stroudsburg, Pennsylvania. I had left with gigs worth $6000.00, from the Los Angeles area, similarly with Elvis's for $10,450 in Nov'22. And with the hope of realizing enough to acquire my own authority. Since Ivan and Toni deliberately put it out with that incident in Washington. In collaboration with Elvis, Mallory, Milos and co., Brandon Turner of Freight Solutions Worldwide Incorporated. Was also told not to pay me for the gig completed in Mount Prospect from San Diego. This was a $1500 run. I had to file a claim against his insurance, Hudson Insurance Group. With a claim number, HDS-000 42 99. Though I was only able to recover a little fraction of the total sum. Because they desperately wanted to illegally arrest me in Pennsylvania again. These imposters quickly contacted Jermaine of Rocker Logistics, a friend of theirs, and told him to make me install a location monitoring app named dispatch, for illegal surveillance. And this was the first time since I joined them in nearly three weeks. Before then there cared less. When they saw I was heading eastwards, and wanted to monitor my location, and arrest me, exactly in Pennsylvania, Jermaine was told to deliberately leave me stranded. And Penske was told to immediately ask for payment, and if not received immediately, make a false claim that the equipment was missing. To generate another arrest. This strategy they have continued with. Milos watched me contact Rocker Logistics Inc. whom he would ask for help, following a heavy unauthorized surveillance. Another thing Milos did, was to tell Jermaine to stop me from using his USDOT authority. By criticisms, insults and making derogatory statements. This Jermaine did by moving the date of his authority forward to February. This made it only a few days old. Three months ahead of its original date. Typically, this makes booking loads from brokers very difficult. And that was exactly the case. At this time, I wanted to activate

my own authority and needed much money. They were aware of this fact, and against it. Because it would stop their sabotage. Rocker Logistics dispatchers were quite crafty, and illegally collect my information through the company, because they have my information, which they acquired during hiring. I was working with Keep on Trucking insurance services Inc., Burbank, CA. (818)-533-6709. Ani@KOTinsurance.com. The insurance agent, Ani A. Is oriental as well. She had earlier promised to provide a policy for $1,500 down but later requested double the amount. Shortly after Jermaine failed to get me arrested. Rocker logistics deliberately left me stranded in Cincinnati, Ohio. Because I was in an association with his colleagues. And he did this at their persuasion. Knowing it would stop my quest. And it did. Realizing this, I immediately asked her if anyone had called her inquiring about our conversations, and she denied any knowledge of it. That was a lie! I would have a similar incident with another small-scale provider, Biberk business insurance, shortly after. Until I made notice of this in a letter written to one of the courts. Realizing I was observant, they refrained from manipulating insurance providers. And would turn their focus on my USDOT. KOT insurance may also be a provider for some of them, present and past. The last delivery was for $1500 in Hauppauge, NY. After a heated argument over getting my money up front, because of distrust and their machination. He promised to pay with a payment statement, after the gig was completed with proof of delivery received through an email. This was meant to deceive me, because his authority was at stake. I completed the work, with no complaints from the brokers. But because he was instructed not to pay me, Jermaine knowingly refused to pay me my money. Despite knowing the Penske truck rental equipment's delinquency status, and the dangers involved. Payment for the Unit, 471058 was immediately affected by this action. This was in Suffolk, New York. The Suffolk Police department, New York was immediately contacted. And an incident police report was Immediately made at this location regarding this disruptive and provocative incident. Ref: 24C1006785 SPD. Though a Police report was not given, despite my request. Last, after promising to pay up, another carrier was contracted in the New York area. The name was IV YOU Inc.- MC 1506703, USDOT 4005607. With Cory as the owner. I quickly took a gig down to Ohio for $800. And was going to be handed another for $1800 to St Louis, MO immediately after. Which would have been an immediate resolution to the rental crisis. On my way down to Ohio, they illegally collected my activities with this company and approached them. And manipulated them to release me. The company first made me Install the same dispatch app that Jermaine told me to install. I refused at first, but did eventually, because the authority wasn't mine. After delivery in OH, I asked him for the gig to MO, expectedly, he replied that he would be moving on without me. When asked why, he replied by asking me if I had worked with someone else prior and the name. This discussion never came up before then. They fired me without a probable cause. Leaving me stranded in Cincinnati, Ohio. By disrupting my activities, this was another recorded attempt of

collective physical harassment while doing work. By Penske, Elvis, Milos and co. Where the appropriate authorities are non-compliant and classify potentially outrageous national crises like this as frivolous. And use the law and authority as if it were for their personal benefits against their enemies. To override investigation protocols to protect persons and things of their own interest. This is temptation to fight! It can be compared to criminalizing homosexuality. And I will be absorbed of any guilt, in relation to the consequences of their actions. And in death, it shall not be considered an accident. It will be a well calculated and organized action by these above-named Individuals, corporation and government agencies. This Insidious and surreptitious practice is no secret to I and my confidants. I have made it impossible for any attorney to defend any one of these noted. By constantly explaining their provocative, discriminatory and harassment strategies in writing, with irrefutable proofs. Which my confidants are constantly furnished with. I am owed $11 450.00 currently by Ramsden Dispatch Solutions LLC, Freight Solutions Worldwide LLC and Rocker Logistics Inc., combined. All to theft of service alone. Several attorneys have turned a blind eye to this when contacted. Creating an atmosphere of associative harassment, even with a litany of irrefutable evidence for federal and state criminal charges and civil rights violation lawsuits. That would have amounted to several millions in economical and Psychological damages, and jail terms. Which should have easily prevented this embarrassing situation and possibly outrage. I contacted Anthony from Van der Veen, Hartshorn, Levin & Lindheim law firm. And Adamson Ahdoot LLP from Los Angeles, CA. But they did not reply. Collectively, they have been preventing me from acquiring my own equipment. Which will prevent a repeat of this incident and discontinue disruption and sabotage. This was only intended to be a brief intervention for academics, and my genuine prospects. But it's now going on in the long term. Because of unnecessary, vicious and incessant disruptions. Following the dangers involved with dealing with these con and uncouth individuals, I have decided to solely work on my own permit. Since I approached the Federal courthouse Cincinnati, Ohio. With this case-1:24-CV-281 for a lawsuit. Handled by Judges: Douglas R. Cole and Karen L. Litkovitz, not surprising, unwanted disruption and illegal surveillance hasn't stopped. This continued harassment is preventing work. Also not surprisingly, the Judges and police officers seem to be sitting and watching as this imminent disaster unfolds. Insisting on payment of meager court fees with the glaring evidence and circumstances surrounding this situation is unreasonable deliberate delay. The state of Ohio and Penske leasing Cooperation discriminated against me because of a protective status. The misconduct and unresolved case in Stroudsburg, Pensylvania referenced above, has radiated, Influencing legal processes in a way, undermining the fairness and integrity of the judicial system. Usually by deception, improperly influencing parties involved to achieve their desires outcome. They have essentially manipulated the system to gain an unfair advantage. Example, Harrisburg's unreasonable denial of justice as

referenced above. Cincinnati's tepid procedural tactics to delay or obstruct justice. Penske is been used primarily and collectively as a reason for distraction by these governments. Synonymously to Enterprise in Pennsylvania. And currently Budget Truck rental LLC. Penske invaded my privacy by giving my units information to Milos. Exposing me to desperate criminal individuals, cooperatives and law agencies. Disappointed that I was able to get back to work very quickly, despite their manipulative practices. Milos instructed Penske's South area location in Lansing to give me a harassing call to return the unit immediately. Though the unit was rented from a northern location, and still current at the time of call. Penske surveyed my activities without proper jurisdiction, but for the assistance of defendants. Penske committed surveillance abuse by monitoring my location and activities without my consent and revealing it to the governments and individuals. Creating a hostile work environment for me. On 07/17/24. In Springfield, Ohio. The state of Ohio and Penske maliciously prosecuted me and committed forgery, and making a false claim that the equipment was missing. Realizing I had just resumed work. Making me lose $1200 on a run to New Jersey, through a contract, and stopping work. Enabling the state of Ohio to initiate and maintain a criminal case without probable cause. And forging the rental contract with someone else's name on it instead of mine. Hoping to harass and do harm. Driven by prejudice and cover up for the misconduct of the state's law enforcement agencies and individuals. And to prevent justice. Several attempts to prevent work by the law enforcement agencies, cooperatives and individual company owners were observed, as noted earlier in this document, and previous ones. Creating a hostile working environment as defined by Title VII of the civil rights act. And based mainly on a protected characteristic, a disability owing to *schizoaffective disorder, depressed type F 25.1 and anxiety disorder*, that initiated prejudice. The USDOT officers in Boone County, Kentucky. Mainly Inspired by Pennsylvania and Ohio, committed offenses, some of which are forgery, a felony and as stated in the fourth amendment act, unreasonable search and illegal surveillance. Following an interception, which ended in a successful random full roadside inspection, originally meant to catch me off guard along a State road. This shocking dismay prompted exclusion of my company's information. Instead an unknown company or fictitious name was addressed on the USDOT receipt document, like the police's document presented to me at the Springfield, Ohio detention center earlier, upon request. Claiming reason for the unlawful arrest and denying me the credit, after all that waste of time. When I insisted on correction the same hour, they politely lied, that it would be corrected automatically, when it updates at the end of that month. That never happened. I Have tried to contact the commercial vehicle enforcement division, Frankfort, KY. Responsible for handling this situation. For a correction. Through phone calls and e-mail letter. But there has hardly been a response from them. They acknowledged my approach once, but refused to send me the right document, and refused to update it. Because it would enhance my

work. The MC authority was incapacitated this way. The state of Pennsylvania, Ohio, Penske and the individual owners involved. Along with The law office of Staton, Fisher and Conboy LLC. Located in Dayton, Ohio. Collectively committed legal malpractice and fraud, among other misconducts. Influenced by the organizations upper hierarchy, they have essentially taken money for a service they did not or stopped to provide. Like it's predecessors, including the would be renowned civil rights advocate legal firms, that I approached, and they distanced themselves, because of their association. The law firm ethically withdrew systematically from the case when they discovered a conflict of interest with the state governments, that prevented effective representation. I hired the firm to simply file a motion to quash a warrant slated for the 10/10/24. And, to discontinue the case, providing irrefutable evidences in Several documents sent to the firm by mail and email. That the state of Ohio lacked sufficient probable cause to justify a warrant and continuance of the criminal case, based on the information presented to the court by the plaintiff. Penske only made up that charge to intimidate and punish me. For taking them to court earlier in Cincinnati, Ohio. And based on a protected status. Mainly because of a disability. The firm denied me access to a proper legal counsel. And insisted that I showed up in court, in person. Not even by zoom. Or face arrest. They also refused to issue me a full refund, after service wasn't provided. And discontinue any deceptive representation claimed because of their breach. The legal practitioners were inaccessible after our sole conversation. Literally, ignored me. Instead, they Waited for a warrant to be issued. Following their betrayal, I initiated an injunction through a claim from the Federal District Court Phoenix, Arizona at the eleventh hour, to prevent another unlawful arrest from the police. A short adjournment was enforced because of this. I had told the firm that the money would have been used otherwise to offset another rental account at that time, been Budget Truck Rental LLC. Which the defendants were aware of, through illegal surveillance and sharing of information by the rental company. Same as Penske earlier. Continually invading my privacy. Ethical violation, the defendants in Cincinnati's courts civil case, instructed the firm to keep the money so I would become delinquent and be arrested again. A typical practice. The firm did, and it assisted in getting me arrested again in El Dorado, Kansas on 10/30/24. Staton, Fisher and Conboy knew the state of Ohio and its cohort has maintained case, 1:24-CR-576 for a reason other than justice. A violation of the fourth amendment right of an American citizen. The law firm quickly claimed a series of representation I never agreed or was aware of, in an aftermath letter, eleven days on. It would also refund about 1/5 of the total amount paid, in a check, as cover up. In case something happened to me during detention, or in an event of a lawsuit, for argument, following my threat of a lawsuit. Not to mention the involvement of financial institutions e.g. PNC bank. Assisting criminals in uniforms, with glad, while unreasonably victimizing the innocent, discriminating mainly because of a protected characteristic, mainly

disability. Pennsylvania, Ohio, Penske, Enterprise and the group of small business owners to mention a few, maliciously prosecuted me again on 10/26/24 in El Dorado, Kansas. Through illegal surveillance, they discovered I had rented with Budget Truck rental LLC from Riverside, California. Like with Penske and previous rentals, and because they were not happy with it, they persuaded them for a favor. Budget Truck associatively harassed and discriminated against me, by refusing to accept payment throughout the one-month period the rental lasted. And made a false claim on 10/30/24 that the truck was missing. Acting on their advice, to help them with another arrest. My location was illegally given to the local police officer in El Dorado. LPO Bogo stopped me while working, saw a catalogue of text exchanged with the rental company. Showing several attempts to initiate payment while they deliberately refused, for unreasonable causes. But would go on to arrest me. Because his colleagues are involved. The state of Kansas and Butler County police department violated my civil rights by maliciously initiating an arrest, and when I resisted, because it was unlawful, using excessive force to place an undersized handcuff on me, backwards and strained me that way. That left me with injuries. They dragged me into a partitioned small security vehicle. Where I was left for about half an hour. While they illegally searched the work truck as cover up. And seized my properties within. Similarly to previous unlawful arrest. In the county jail in El Dorado, Kansas. The state initiated a criminal case and have maintained it, without a probable cause. The state of Kansas committed a criminal offense by collecting my saliva through a swab for DNA analysis, mainly forensic investigations. Knowing I committed no crime. Prompting suspicion of a wrong DNA profile, due to lab manipulations. I was unlawfully detained for more than eleven weeks. From the detailed statement with irrefutable evidence submitted to the court, three weeks into detention, and the courts reluctance to release me, it was clear the detention was not based on a criminal charge, or any other legal reason. While in jail, the state also committed a crime when they put me in a lock down, with no probable cause. And caused me to catch an infection. The criminal case, 1:24-CR-0576 is unlawful, motivated and maintained for a reason other than justice.